Michelle J. Shvarts (SBN 235300)
DISABILITY ADVOCATES GROUP
18321 Ventura Blvd. Suite 355
Tarzana, CA 91356
TEL/FAX: (800) 935-3170
mshvarts@dagaccess.com
Attorneys for Plaintiff, Maria Juarez

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA JUAREZ,<br>　　　Plaintiff,<br><br>　vs.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br>　　　Defendant. | Case No.: 8:22-cv-02062-FMO-MAA<br><br>[~~PROPOSED~~] ORDER FOR AWARD OF EAJA FEES |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

**IT IS ORDERED** that attorney's fees under the Equal Access to Justice Act ("EAJA") are awarded in the amount **FIVE THOUSAND THREE HUNDRED DOLLARS** ($5,300.00) as authorized by 28 U.S.C. § 2412(d), and subject to the terms and conditions of the Stipulation.

DATED: October 2, 2023

_____
HON. MARIA A. AUDERO
United States Magistrate Judge